Ann Hawkins, defendant in error, v. Edgar McClun, plaintiff in error. Gen. No. 36,489.

Opinion filed June 12, 1933.
John A. Bloomingston, for plaintiff in error; Roy S. Gaskill, of counsel. Joseph D. Ryan, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

Warren Herrick, appellee, v. Theodore Dickinson, appellant. Gen. No. 36,568.

Opinion filed June 12, 1933. Rehearing denied June 26, 1933.
Zane, Morse, Zimmerman & Norman, for appellant. Peden, Melaniphy, Ryan & Andreas, for appellee; John C. Melaniphy, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Charles Humber, appellee, v. Joseph Schoen, appellant. Gen. No. 36,615.

Opinion filed June 12, 1933.
Hamer & Campbell, for appellant; Chester D. Kern, of counsel. Charles G. Palmer, for appellee; Clyde C. Fisher, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

George H. Adamson, appellant, v. Gaertner Scientific Corporation, appellee. Gen. No. 36,718.

Opinion filed June 12, 1933. Rehearing denied June 26, 1933.
Goldman, Allshouse & Healy, for appellant; M. M. Loman and Robert G. Dreffein, of counsel. Clarence A. Toolen, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois, appellee, v. Maurice A. Barnett, appellant. Gen. No. 36,674.

Opinion filed June 22, 1933.

John L. Fogle and Max M. & Samuel Grossman, for appellant; John L. Fogle and Samuel Grossman, of counsel. Thomas J. Courtney, State's Attorney, for appellee; Edward E. Wilson, Grenville Beardsley and Albert Woll, Assistant State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson, complainant, v. Garfield State Bank, defendant.

Appeal of Maria Di Nunzio, appellant, v. John J. Driscoll and Arthur Jacobs, appellees. Gen. No. 36,263.

Opinion filed June 30, 1933. Rehearing denied July 11, 1933.

A. W. Martin and Edward H. S. Martin, for appellant. Levy & Schmetterer, for appellees.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Sam Freemark, appellee, v. Irving Eisenman, appellant. Gen. No. 36,291.

Opinion filed June 30, 1933. Rehearing denied July 11, 1933.

Abrams, Sherman & Lewis, for appellant; Maurice L. Lewis and Preston Clark, of counsel. S. Stanley Stoller, for appellee; S. Stanley Stoller and Elliott A. Berman, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

J. P. Buenemann and G. F. Knapp, trading as Buenemann & Knapp, appellants, v. Harry P. Munns, appellee. Gen. No. 36,310.

Opinion filed June 30, 1933.

Teller, Levit, Silvertrust & Levi, for appellants. Ralph Rosen, for appellee; O. J. C. Wray, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Fred H. Henke et al., appellees, v. Edward W. Creevy et al., on appeal of William C. Crolius, appellant. Gen. No. 36,322.

Opinion filed June 30, 1933. Rehearing denied July 11, 1933.

William F. Donohue, for appellant. Francis A. Harper, for appellees.

Mr. Presiding Justice Sullivan delivered the opinion of the court.